RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8-22-06
BY ___

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **NORRIS VESSELL** | **CIVIL ACTION NO. 06-34-P** |
| **VERSUS** | **JUDGE STAGG** |
| **STEVE PRATOR, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order (Doc. 3) is **DENIED** as moot.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 21st day of August, 2006.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE